THE DANN LAW FIRM
Javier L. Merino, Esq.
1520 US Highway 130, Suite 101
North Brunswick, NJ 08902
(201) 355-5440

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL KOLBER,<br><br>                    Plaintiff,<br>vs.<br><br>PHH MORTGAGE CORPORATION D/B/A PHH MORTGAGE SERVICES, AND SELECT PORTFOLIO SERVICING, INC.,<br><br>                    Defendants. | **STIPULATION AND<br>ORDER**<br><br>Case No. 2:23-cv-01084-BRM-JBC |

IT IS HEREBY STIPULATED by and between The Dann Law Firm, on behalf of the Estate of Plaintiff Michael Kolber ("Kolber"), Hinshaw and Culbertson LLP, on behalf of Defendant Select Portfolio Servicing, Inc. ("SPS"), and Houser LLP, on behalf of Defendant PHH Mortgage Corporation d/b/a PHH Mortgage Services ("PHH", the defendants collectively, the "Defendants") that:

1. On February 14, 2024, the Parties convened for an in-person status conference before the Honorable Brian R. Martinotti, U.S.D.J. to discuss the status of the settlement reached between the Parties at a settlement conference held before

the Court on June 7, 2023 (the "Settlement").

2. The terms of the Settlement included SPS modifying Kolber's Loan pursuant to agreed-upon terms (the "Modification"). However, Kolber passed away before the Modification was completed. The Parties are attempting to consummate the Settlement through Kolber's wife, Cheryl Zeldis ("Zeldis"). This process requires Zeldis to assume Kolber's loan.

3. SPS has requested various documents and financials of Zeldis to evaluate her eligibility to assume Kolber's loan (the "Assumption").

4. As of February 14, 2024, SPS has indicated that, in addition to ensuring that all submitted documents are not older than 90 days, the documents/and or information it currently requires of Zeldis to complete its review of her Assumption application are:

   a. An updated GSE Application correcting discrepancies regarding whether Zeldis pays an HOA fee and the amount of the HOA fee, to include an HOA letter or statement referencing the amount of the fee; and

   b. An updated Profit and Loss Statement through January 31, 2024 signed and dated after that date to avoid including prospective income.

5. No later than April 14, 2024, the Parties are to issue a joint letter to the Court advising as to the status of the Settlement. Filing of a stipulation of dismissal shall suffice to advise the Court that the Settlement is Complete.

6.  If the Assumption and Modification are not complete by April 14, 2024, all Parties are ordered to appear, in person before Judge Martinotti on April 16, 2024 at 1:00PM. SPS must produce an individual with decision-making authority as to the Assumption and Modification at this conference.

We hereby consent to the form and substance of the foregoing Order.

| THE DANN LAW FIRM, PC<br>*Attorneys for Plaintiff* | HINSHAW & CULBERTSON LLP<br>*Attorneys for Defendant SPS* |
|---|---|
| By:  /s/ *Javier L. Merino*<br>     Javier L. Merino, Esq.<br>     1520 US Highway 130<br>     Ste 101<br>     North Brunswick, NJ 08902<br>     Ph: (201) 355-5440<br>     Fx: (216) 373-0536<br>     notices@dannlaw.com | /s/ *Robert D. Bailey*<br>Robert D. Bailey, Esq.<br>343 Thornall Street, Suite 640<br>Edison, NJ 08837<br>Ph: (908) 374-0327<br>Fx: (908) 374-0345<br>rbailey@hinshawlaw.com |
|  | HOUSER LLP<br>*Attorneys for Defendant PHH*<br><br>/s/ *Kathleen M. Massimo*<br>Kathleen M. Massimo, Esq.<br>60 East 42nd Street, Ste 2200<br>New York, New York 10165<br>P: (212) 490-3333<br>F: (212) 490-3332<br>kmassimo@houser-law.com |

Dated: February 16, 2024

**IT IS SO ORDERED.**
Dated: _21 Feb 2024_

_____
Hon. Brian R. Martinotti, U.S.D.J.