**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---------------------------------------------------------X

MICHAEL KOLBER,        Civil Action No.: 2:23-cv-01084

                Plaintiff,        **STIPULATION AND**
                                                                   **ORDER OF DISMISSAL**

v.

PHH MORTGAGE CORPORATION D/B/A
PHH MORTGAGE SERVICES, AND
SELECT PORTFOLIO SERVICING, INC.

                Defendants.

---------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between plaintiff, Michael Kolber and defendants PHH Mortgage Corporation d/b/a PHH Mortgage Services and Select Portfolio Servicing Inc., that the above entitled action be, and the same hereby is, dismissed with prejudice in its entirety, subject to the terms of a confidential settlement agreement, and without costs or attorneys' fees to any party as against any other party. This Stipulation may be filed without further notice with the Clerk of Court. This Stipulation may be executed in counterparts, and a facsimile or electronically transmitted copy of this Stipulation shall be deemed an original.

| | |
|---|---|
| **THE DANN LAW FIRM, PC** | **HINSHAW & CULBERTSON LLP** |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| The Estate of Michael Kolber, | Select Portfolio Servicing, Inc. |
| named here as Michael Kolber | |
| | |
| By: */s/ Javier J. Merino* | By: *Robert D. Bailey* |
|     Javier L. Merino, Esq. |     Robert D. Bailey, Esq. |
|     1520 US Highway 130, Ste 101 |     343 Thornall Street, Suite 640 |
|     North Brunswick, NJ 08902 |     Edison, NJ 08837 |
|     Ph: (201) 355-5440 |     Ph: (908) 374-0327 |
|     Fx: (216) 373-0536 |     Fx: (908) 374-0345 |
|     notices@dannlaw.com |     rbailey@hinshawlaw.com |
| | |
| Dated: June 27, 2024 | Dated: June 27, 2024 |

**HOUSER LLP**
*Attorneys for Defendant*
PHH Mortgage Corporation d/b/a
PHH Mortgage Services PHH


By: */s/ Kathleen M. Massimo*
      Kathleen M. Massimo, Esq.
      60 East 42nd Street, Ste 2200
      New York, New York 10165
      P: (212) 490-3333
      F: (212) 490-3332
      kmassimo@houser-law.com

Dated: June 27, 2024


**IT IS SO ORDERED**:

Dated: June 28, 2024

_____
Hon. Brian R. Martinotti, U.S.D.J.